No. 655. W. K. NIVER COAL COMPANY, PETITIONER, *v.* CHERONEA STEAMSHIP COMPANY, LIMITED; No. 656. W. K. NIVER COAL COMPANY, PETITIONER, *v.* URSULA BRIGHT STEAMSHIP COMPANY, LIMITED; No. 657. W. K. NIVER COAL COMPANY, PETITIONER, *v.* NEW RUPERRA STEAMSHIP COMPANY, LIMITED; and No. 658. W. K. NIVER COAL COMPANY, PETITIONER, *v.* SIR ALFRED LEWIS JONES. April 9, 1906. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. John W. Griggs, Mr. Benjamin L. M. Tower* and *Mr. Hugh W. Ogden* for petitioner. *Mr. Eugene P. Carver* and *Mr. Edward E. Blodgett* for respondents.

---

No. 666. GENERAL FIRE EXTINGUISHER COMPANY, PETITIONER, *v.* JOSEPH R. LAMAR, TRUSTEE, ET AL. April 9, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Henry A. Alexander* for petitioner. *Mr. William K. Miller* for respondents.

---

No. 667. A. KLIPSTEIN & CO., PETITIONER, *v.* PETER G. GRANT, TRUSTEE, ET AL. April 9, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Henry A. Alexander* for petitioner. *Mr. Benjamin Z. Phillips* for respondents.

---

No. 661. THE NINTH NATIONAL BANK OF NEW YORK, PETITIONER, *v.* MARCUS A. ADLER. April 16, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Nelson S. Spencer* for petitioner. *Mr. Charles Strauss* for respondent.